Nathan A. Berneman, Esq.   SBN: 152796
**NADER & BERNEMAN, ATTORNEYS AT LAW**
21800 Oxnard Street., Suite 720
Woodland Hills, CA 91367
Tel: 818-788-5008
Fax: 818-788-8846
Email: ntdberneman@gmail.com

NATHAN A. BERNEMAN, ESQ.
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>DORON HOROWITZ, fdba<br>DHM Construction, a/w<br>DMH Construction, Inc.,<br><br>Debtor(s). | Case No.: 1:23-bk-10934-VK<br><br>Chapter 13<br><br>**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY DONALD PISTONTNIK and GALIA PISTOTNIK;**<br>**(ACTION IN NONBANKRUPTCY FORUM)**<br><br><u>Confirmation Hearing</u>:<br>Date:   7/3/2025<br>Time:   9:30 AM<br>Place:   21041 Burbank Blvd., Woodland Hils, CA, Courtroom 301 |

**TO: HON. VICTORIA S. KAUFMAN; CHAPTER 13 TRUSTEE; DONALD PISTOTNIK & GALIA PISTOTNIK AND THEIR ATTORNEYS OF RECORD; AND ALL INTERESTED PARTIES:**

      PLEASE TAKE NOTICE that Debtor, DORON HOROWITZ ("Debtor"), hereby responds to the Motion for Relief from Automatic Stay filed by DONALD PISTONTNIK and GALIA PISTOTNIK ("Creditor") as follows:

    1.  Debtor has a Limited Opposition to Relief being granted.

        A.  Creditor does not have a Final Ruling and Order from the State Court Judge as to the amount that may be owed to the Creditor.  The State Court case was filed

in 2020 and the State Court is in the better position at this time to complete the case and come to an amount that may be owed, if any.

B. Debtor asks that if this Court grants the Motion for Relief, Creditor must finish prosecuting the case in State Court to determine the final amount, if any that me be owed to Creditor through a Final Judgment be filed with this Court and Amend their Claim filed.

## CONCLUSION

WHEREFORE, based on the foregoing, Debtor prays if this Honorable Court grants Creditors' Objection, Creditor must file an Amended Claim once a final ruling is made by the State Court Judge.

Dated: June 26, 2025                                Nader & Berneman, Attorneys at Law

                                            /s/ Nathan A. Berneman
                                            Nathan A. Berneman
                                            Attorney for Debtor

| In re:<br>Doron Horowitz<br><br>                                             Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 1:23-bk-10934-VK |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
21800 Oxnard St., Ste. 720
Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled (*specify*): __DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY DONALD PISTONTNIK and GALIA PISTOTNIK____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _06/27/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Louis J Esbin    Louis@Esbinlaw.com
Sean C Ferry    sferry@raslg.com, sean.ferry7@ecf.courtdrive.com
Jeffrey J Hagen    jeff@hagenhagenlaw.com
Sheryl K Ith    sith@cookseylaw.com
Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Steven Abraham Wolvek    steve@wolveklaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/27/2025 | Rhina Perea | _/s/ Rhina Perea_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                                                                                      **9013-3.1.PROOF.SERVICE**